UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Lee Jenkins, # 302018, *aka Robert L. Jenkins*, | ) C/A No. 8:09-3293-JFA-BHH |
| Plaintiff, | ) |
| vs. | ) Order |
| South Carolina Department of Corrections; Gregory Knowlin, Warden Turbeville Correctional Institution; Sherri Scott, Sergeant TCI; Nurse Garrett, TCI; Doctor J.Kay, TCI, and Angelia R. Brown, Hearing Officer, TCI, | ) |
| Defendants. | ) |

This case is before the Court for consideration of the Motion to Supplement Complaint filed by Plaintiff while the Complaint was pending service on Defendants. (Entry 19). The contents of Plaintiff's Motion appear to primarily supplement allegations made in the Complaint and/or address matters that have allegedly occurred since the filing of the Complaint. The Motion does not seek to add new defendants or new causes of action.

The Motion to Supplement is **GRANTED**.

**TO THE CLERK OF COURT:**

The Clerk is directed to regenerate a Notice of Electronic Filing (NEF) for the Motion to Supplement (Entry 19). By doing so, counsel for Defendants will receive official notice of the Motion and the ability to view the document on the Court's Electronic Case Filing (ECF) system.

The Clerk is directed to docket a copy of the Motion to Supplement as an attachment to the Complaint. The Clerk shall title the attachment "supplemental pleading."

**TO DEFENDANTS**:

Defendants are granted twenty-one days from the date of this Order to review the

contents of the "supplemental pleading" attachment to the Complaint and to supplement their Answer (Entry 23) if they deem it advisable to do so.

  **IT IS SO ORDERED**.

              s/Bruce Howe Hendricks
              United States Magistrate Judge

March 18, 2010
Greenville, South Carolina